IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**
DEC 1 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 08-30258-DRH-DGW |
| vs. ) | |
| ) | Title 18 |
| ALIREZA HENDIJANI, ) | United States Code |
| ) | Section 1791(a)(2) and 1791(b)(3) |
| Defendant. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

POSSESSION OF CONTRABAND BY A FEDERAL INMATE

On or about September 15, 2008, in Bond County, Illinois, within the Southern District of Illinois,

**ALIREZA HENDIJANI,**

defendant herein, an inmate of the federal correctional facility at Greenville, Illinois, commonly known as FCI-Greenville, did knowingly possess a prohibited object, to wit: a weapon or an object designed or intended to be used as a weapon; all in violation of Title 18, United States Code, Section 1791(a)(2) and (b)(3).

A TRUE BILL

_Julie Bruggeman_
FOREPERSON

_Angela Scott_
ANGELA SCOTT
Assistant United States Attorney

_A. Courtney Cox_
A. COURTNEY COX
United States Attorney

Recommend Bond: Detention