AO 442    (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ District of _____

| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
|---|---|
| V. | |
| Alireza Hendijani | Case Number: 08-30258-DRH |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Alireza Hendijani _____
                                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court

☐ Pretrial Release      ☐ Probation            ☐ Supervised Release   ☐ Violation Notice
   Violation Petition       Violation Petition      Violation

charging him or her with   (brief description of offense)
Possession of contraband by a federal inmate

☒ in violation of Title __18__ United States Code, Section(s) 1791(a)(2)(b)(3)

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| Norbert Jaworski | *[signature]* |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Clerk of Court | 12/16/2008          East St. Louis, IL |
| Title of Issuing Officer | Date and Location |

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |