IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

[ ] Benton   [x] East St. Louis

[ ] Initial Appearance     [ X ] Arraignment     [ ] Detention Hearing

**CRIMINAL NO.**   08-30258-DRH           **DATE**:   1/16/09
U.S.A. vs.  ALIREZA HENDIJANI             **JUDGE**:   CLIFFORD J. PROUD
[ X ] Present   [ X ] Custody   [ ] Bond   **DEPUTY**:   ANGIE VEHLEWALD
**DEFT. COUNSEL:**   JULIE MORIAN
[ X ] Present  [ X ] Apptd.  [ ] Retained  [ ] Waived   **REPORTER**: MOLLY CLAYTON and FTR
**GOVT. COUNSEL**: STEVE CLARK for         **Start Time**:  2:30 PM
ANGELA SCOTT

[ X ] Defendant sworn, Financial Affidavit Filed, Counsel Requested [ X ] granted [ ] denied
    The Federal Public Defender is appointed for all further proceedings.
[ X ] Defendant waives reading of Indictment.    [ ] Indictment read to defendant
[ X ] Defendant advised of constitutional rights.   [X] Defendant advised of charges and penalties.
[ X ] Defendant arraigned on [X] Indictment    [ ] Information

[X] Plea:   [ ] Guilty as to Count(s) _____.
            [ X ] Not Guilty as to Count(s) 1_____.
            [ ] Nolo Contendere as to Count(s) _____.
[ X ] Order for Pretrial Discovery and Inspection entered, filed and distributed.
[ ] Final pretrial conference set
[ X ] Jury Trial set 3/16/09 at 9:00 am before Judge Michael J. Reagan.
[ ] Bond set  (Conditions as stated on Order Setting Conditions of Release.)
[ X ] Detention hearing waived.
[ X ] Defendant remanded to custody of U.S. Marshal.
[ ] Order of Detention previously entered to remain in full force and effect.
    The Defendant waives detention hearing.  The Court orders the defendant detained  pending further proceedings.

[ **X** ] Date of arrest  1/16/09
*[ X ] No further notice will be given