IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | NO.  08-30258-DRH |
| ) | |
| ALIREZA HENDIJANI, ) | |
| ) | |
| Defendant(s). ) | |

## ORDER

It is hereby found that the defendant is financially unable to obtain counsel, is in need of counsel, and is entitled to the appointment of counsel.

**WHEREFORE**, the Court hereby appoints the Federal Public Defender for the Southern District of Illinois to represent the defendant for all proceedings.

**Dated:** January 16, 2009

S/ Clifford J. Proud
**U.S. MAGISTRATE JUDGE
CLIFFORD J. PROUD**