# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.   08-30258-DRH |
| | ) |
| ALIREZA HENDIJANI, | ) |
| | ) |
| Defendant. | ) |

## ORDER FOR PRE-TRIAL DISCOVERY AND INSPECTION

IT IS HEREBY ORDERED by the Court that:

(1) Within five (5) days after arraignment the United States Attorney and the defendant's attorney shall confer and each shall comply with the provisions of Rule 16, Federal Rules of Criminal Procedure, for disclosure of evidence by the government and by the defendant.

(2) A declination of any requested disclosure shall be in writing, directed to opposing counsel, and signed personally by the attorney representing the declining party, and shall specify the types of disclosure that are declined.  If a party seeks to challenge the declination, he shall proceed pursuant to subsection (3) below.

(3) If additional discovery or inspection is sought, the party seeking it shall confer with opposing counsel within ten (10) days of the arraignment with a view to satisfying these requests in a cooperative atmosphere without recourse to the Court.  The request may be oral or written and the opposing counsel shall respond in like manner.

(4) In the event no agreement is reached regarding the additional discovery or inspection, any motion filed shall be <u>supported by a brief</u> and shall be filed within twenty-eight (28) days of the arraignment.  It shall contain:

    (a) the statement that the prescribed conference was held;

  (b) the date of said conference;

  (c) the name of the attorneys holding the conference; and

  (d) the statement that agreement could not be reached concerning the discovery or inspection that is the subject of a motion for additional discovery or inspection.

 (5) In the event a party desires to file any other motion, the motion shall be supported by a brief or memorandum of law and shall be filed within twenty-one (21) days of the arraignment. The opposing party shall have ten (10) days from the date of the filing of the motion to reply supported by a brief or memorandum of law.

**DATED: January 16, 2009 .**

            s/   Clifford J. Proud
            **HON. CLIFFORD J. PROUD**
            **UNITED STATES MAGISTRATE JUDGE**