IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No.  08-30258-DRH |
| | ) |
| | ) |
| ALIREZA HENDIJANI, | ) |
| | ) |
| Defendant. | |

**ENTRY OF APPEARANCE**

COMES NOW Renee E. Schooley, Assistant Federal Public Defender for the Southern District of Illinois, and enters her appearance as counsel of record for Defendant, Alireza Hendijani, in the above-referenced matter.  Attorney Julie Kathryn Morian is no longer assigned to this case.

Respectfully submitted,

*/s/*  Renee E. Schooley
RENEE E. SCHOOLEY
Assistant Federal Public Defender
650 Missouri Avenue, Room G10A
East St. Louis, Illinois 62201
(618) 482-9050

ATTORNEY FOR DEFENDANT
ALIREZA HENDIJANI

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that she has caused a true and correct copy of the foregoing to be served upon:

Angela Scott<br>
Assistant United States Attorney<br>
Nine Executive Drive<br>
Fairview Heights, Illinois 62208<br>
angela.scott@usdoj.gov

via electronic filing with the Clerk of the Court using the CM/ECF system this 20th day of January, 2009.

*/s/* Renee E. Schooley
RENEE E. SCHOOLEY