IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

## NOTICE OF ERRORS AND/OR DEFICIENCIES
## IN ELECTRONICALLY FILED DOCUMENTS

DATE:  January 23, 2009

CASE NO. :  08-30258-DRH-DGW              CASE NAME: USA v Alireza Hendijani

DOCUMENT NO.: 10                          DOCUMENT TITLE: Order

One of the following errors/deficiencies has been identified in the document listed above:

- ☒ Document entered in wrong case
- ☐ Document linked incorrectly
- ☐ Incorrect document type selected (PDF and event do not match)
- ☐ Certificate of Service is missing
- ☐ Other:

### ACTION TAKEN BY CLERK'S OFFICE

- ☒ Docket entry "STRICKEN" as ordered by the Court
- ☐ Docket entry corrected
- ☐ Other:

### ACTION REQUIRED BY FILER

- ☒ Document must be re-filed
- ☐ Amended document must be filed and re-noticed, if applicable
- ☐ **NO FURTHER ACTION REQUIRED BY FILER**
- ☐ Other:

Keenan G. Casady
Clerk of Court

By: S/ Angie Vehlewald
Deputy Clerk