AO 442   (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____

**FILED**

JAN 2 2 2009

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

UNITED STATES OF AMERICA

v.

Alireza Hendijani

## WARRANT FOR ARREST

Case Number:  08-30258-DRH

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Alireza Hendijani

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court

☐ Pretrial Release   ☐ Probation   ☐ Supervised Release   ☐ Violation Notice
Violation Petition      Violation Petition      Violation

charging him or her with   (brief description of offense)
Possession of contraband by a federal inmate

RECEIVED
UNITED STATES MARSHAL
2008 DEC 19 PM 3 39
SOUTHERN DIST.
E. ST. LOUIS, IL
ILLINOIS

☑ in violation of Title   18   United States Code, Section(s) 1791(a)(2)(b)(3)

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| Norbert Jaworski | _Dennie LaCrousse_ |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Clerk of Court | 12/16/2008          East St. Louis, IL |
| Title of Issuing Officer | Date and Location |

## RETURN

This warrant was received and executed with the arrest of the above-named individual at

| DATE RECEIVED 12/16/08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 1/16/09 | Tom Woods | for W. Winston |

0925-1218-0450-J