UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

[ ] Benton          [X] East St. Louis

[ ] Initial Appearance    [ ] Arraignment    [X] Change of Plea    [ ] Plea to Information

| | |
|---|---|
| **CRIMINAL NO.** 08-30258-DRH-01 | **DATE:** 2/18/09 |
| **U.S.A. vs.** ALIREZA HENDIJANI | **JUDGE:** DAVID R. HERNDON |
| [X] Present [X] Custody [ ] Bond | **DEPUTY:** ROBIN BUTLER |
| **DEFT. COUNSEL:** RENEE SCHOOLEY | **REPORTER:** LAURA BLATZ |
| [X] Present [X] Apptd. [ ] Retained [ ] Waived | **Start Time:** 10:45 AM **End Time:** 11:15 AM |
| **GOVT. COUNSEL:** STEVEN WEINHOEFT and ANGI SCOTT | |

**[X] Defendant sworn**

The Court finds that the Defendant is capable of entering plea.

**[X] Defendant waives reading of Indictment**          [ ] Indictment read to defendant

[ ] Indictment waived          [ ] Waiver, Consent and Information Filed _____ Counts

**[X] Defendant advised of constitutional rights.    [X] Defendant advised of charges and penalties.**

[ ] Defendant arraigned on [ ] Indictment    [ ] Information

**[X] Defendant withdraws plea of NOT GUILTY as to Count(s) 1 of the Indictment.**

**[X] Plea:    [X] Guilty as to Count(s) 1 of the Indictment          .**

[ ] Not Guilty as to Count(s) _____.

[ ] No Plea Agreement    [ ] Plea Agreement    [ ] Oral    [ ] Written

**[X] Court accepts plea of guilty and adjudges defendant guilty.**

**[X] Matter referred to U.S. Probation for pre-sentence investigation and report.**

[ ] Defendant waives pre-sentence investigation and consents to be sentenced immediately.

**[X] Disposition set for 5/29/09 at 10:30 am in East St. Louis, IL, before Chief Judge Herndon.***

[ ] Defendant's oral motion to remain of bond pending sentencing is **DENIED/GRANTED.**

[ ] Bond is continued under the same conditions previously imposed.

**[X] Defendant remanded to custody of U.S. Marshal**

**[X] Order of Detention previously entered to remain in full force and effect.**

\* [X] NO FURTHER NOTICE WILL BE GIVEN