**FILED**
**FEB 18 2009**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CRIMINAL NO. 08-30258-DRH-DGW |
| ALIREZA HENDIJANI, | ) ) ) |
| Defendant. | ) |

## STIPULATION OF FACTS

The parties hereby stipulate that, if this case had proceeded to trial, the Government would have proven the following beyond a reasonable doubt:

1. Alireza Hendijani was an inmate at the federal correctional facility at Greenville, Illinois, (hereinafter "FCI-Greenville"), in Bond County, within the Southern District of Illinois, on September 15, 2008

2. While correctional officers were packing Hendijani's belongings for his transfer to the Special Housing Unit, an ice pick type metal weapon was found in a recreation bag in the defendant's secured locker. The locker was secured with a padlock. The object was approximately 8 ½ inches in length and had a taped handle.

3. The defendant's cell mate provided a voluntary interview to law enforcement officers. He stated that he did not have the combination for the padlock that Hendijani used to secure his locker, and that Hendijani always secured his locker whenever he left his cell.

1

3. An ice pick type weapon is a prohibited object, as defined by Title 18, United States Code, Section 1791(d)(1)(B).

<b><u>SO STIPULATED:</u></b>

_____
ALIREZA HENDIJANI
Defendant

_____
RENEE SCHOOLEY
Attorney for Defendant

Date: 2/18/09

_____
ANGELA SCOTT
Assistant United States Attorney

Date: 2/18/9